NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5130

STANLEY R. SILER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 09-CV-167, Judge Francis M. Allegra.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Stanley R. Siler moves to expedite his appeal.

Siler makes no arguments concerning why briefing in his appeal should be expedited. To the extent that he seeks summary relief, he has not shown that he is entitled to such relief. Siler should include arguments concerning the merits of his appeal in his brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

NOV 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Stanley R. Siler
Robert Giles Hilton, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 13 2009

JAN HORBALY
CLERK